# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| THOMAS NEAL JACKSON<br>　　　　Petitioner | |
| vs. | No. 05-CV-125 |
| LARRY D. CHANDLER, Warden<br>　　　　Respondent | |

## INDEX TO APPENDIX

| ITEM | PAGE NUMBER |
|---|---:|
| Indictment | 1 |
| Jury Instructions (penalty phase) | 2 |
| Judgement and Sentence | 4 |
| Brief for Appellant (direct appeal to Ky. Sup. Ct.) | 7 |
| Brief for Appee (direct appeal to Ky. Sup. Ct.) | 30 |
| Reply Brief for Appellant (direct appeal to Ky. Sup. Ct.) | 41 |
| Opinion (of Kentucky Supreme Court) | 45 |
| Motion to Vacate, Set Aside, or Correct Pursuant to RCr 11.42 | 50 |
| Memorandum of Law in Support of RCr 11.42 | 55 |
| Motion to Supplement RCr 11.42 that Was Filed August 11, 2004 | 76 |
| Motion for a Full Evidentiary Hearing | 80 |

| | |
|---|---:|
| Supplement to Original Memorandum of Law in Support of RCr 11.42 | 83 |
| Response to RCr 11.42 Motion and Supplemental Motion | 108 |
| Order | 123 |
| Appointed Counsel's Supplemental RCR 11.42 Motion/Memorandum | 126 |
| Response to Appointed Counsel's Supplemental RCr 11.42 Motion/Memorandum | 146 |
| Order | 157 |
| Order | 167 |
| Brief for Appellant (Ky. Court of Appeals) | 170 |
| Brief for Appellee (Ky. Court of Appeals) | 202 |
| Reply Brief for Appellant (and appendix thereto) (Ky. Court of Appeals) | 233 |
| Opinion Affirming (Ky. Court of Appeals) | 293 |
| Order Denying Discretionary Review (Ky. Supreme Court) | 302 |